Prevost v Associated Materials, LLC (2025 NY Slip Op 03399)

Prevost v Associated Materials, LLC

2025 NY Slip Op 03399

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, DELCONTE, AND HANNAH, JJ.

39 CA 24-01166

[*1]DAKOTA PREVOST, PLAINTIFF-APPELLANT,
v
ASSOCIATED MATERIALS, LLC, ET AL., DEFENDANTS, AND CREEKSIDE RENOVATIONS, LLC, DEFENDANT-RESPONDENT. (APPEAL NO. 2.) 

KENNY & KENNY, PLLC, SYRACUSE (HEIDI M.P. HYSELL OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
COSTELLO, COONEY & FEARON, PLLC, SYRACUSE (JAMES J. GASCON OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from a "letter decision and order" of the Supreme Court, Onondaga County (Robert E. Antonacci, II, J.), entered January 26, 2024. The "letter decision and order" denied plaintiff's motion for, inter alia, partial summary judgment. 
It is hereby ORDERED that said appeal is unanimously dismissed
without costs.
Same memorandum as in Prevost v Associated Materials, LLC ([appeal No. 1] — AD3d — [June 6, 2025] [4th Dept 2025]).
Entered: June 6, 2025
Ann Dillon Flynn
Clerk of the Court